THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>CESAR VALDEZ-SANUDO and YVETTE OLGUIN,<br><br>                Defendants. | CASE NOS. CR20-0217-JCC-1 & 5<br><br>ORDER |

This matter comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") (Dkt. No. 723) for the following property ("Subject Property"):

- Real property located at 21916 123rd Avenue NE, Arlington, Washington 98223 ("Arlington Real Property");

- $11,610 in United States currency, seized on or about December 16, 2020, from Defendant Yvette Yesenia Olguin and Defendant Cesar Valdez-Sanudo's residence in Everett, Washington; and

- $110,135.64 in United Stated funds, seized on or about December 18, 2020, from Bank of America, N.A. Acct. -6007, held in the name of the Olguin-Valdez Family Revocable Living Trust.

ORDER
CR20-217-JCC-1 & 5
PAGE - 1

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On January 30, 2023 and March 20, 2023, respectively, the Court entered preliminary orders of forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), and forfeiting Defendants' interests in it (Dkt. Nos. 548, 601);
- Thereafter, the Unites States published notices of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. Nos. 609 and 615) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.3(b)(6)(A) (*see* Dkt. No. 724);
- On July 13, 2023, Peter Kenneth Conrad and Karrie Rene Conrad ("Claimants") filed an ancillary claim to the Arlington Real Property (Dkt. No. 651), and on December 16, 2023, Claimants entered into a Settlement Agreement with the United States addressing their interest in the Arlington Real Property (Dkt. No. 724 at 2, 37–42); and
- The time for filing third-party claims has expired, and no other claims were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

//
//
//
//

IT IS SO ORDERED.

DATED this 18th day of January 2024.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE